United States Court of Appeals
4th Circuit
*From Eastern District of North Carolina*
[5:23-CV-506-M-BM]

No. 23-2164

| Siddhanth Sharma<br>v.<br>Alan Hirsch, et. al | Motion to File a Formal Brief<br>FRAP<br>Local Rule 34(b) |
|---|---|

**Appellant aware of Local Rule 27(a) believes this matter is for the Court to decide, rather than get Opposing Counsel's views.**

Appellant reverently requests this Court, pursuant to Local Rule 34(b), to enter a Formal Briefing Order/file a Formal Brief and to Grant the Pending Injunction [D.E. 10].

Appellant is aware this Court has contacted Attorneys to represent Appellant in the case *sub judice* – meaning this Court has taken an interest in this case and intends to have further briefing.

Appellant was willing to accept representation however the appointed counsel was unable to accept representation for whichever reason. If the pattern keeps up with the next appointed counsel then it could very well conflict with the Court's Order Granting this appeal on an Expedited Basis, *See* [D.E. 9]; more importantly it can conflict with the spirit of Judicial Economy.

This Court has taken an interest in this case, based on Appellant's Informal Brief [D.E. 6], and Appellant is more than ready, and more than willing, to file a

Formal Brief on his own. Appellant also states that appointing counsel is not necessary.

Appellant reverently requests this Court to enter a **Formal Briefing Order** at whichever time-frame this Court deems appropriate.

If this Court is to enter a Formal Briefing Order then Appellant reverently requests this Court to **Grant the Injunction** [D.E. 10] to prevent irreparable harm.

## RELIEF/CONCLUSION

**WHEREFORE**, Appellant reverently requests this Court to enter a Formal Briefing Order and to Grant the pending Injunction [D.E. 10].

/Sign/ Siddhanth

Siddhanth Sharma *Pro Se*

/Date/ 12-13-23

Siddhanth Sharma
Post Office Box 937
Morrisville, NC, 27560
(919) 880-3394
Siddhanthsharma1996@yahoo.com

## CERTIFICATE OF FILING/SERVICE/WORD COUNT AND PENALTY OF PERJURY

I declare under penalty of perjury that the forgoing is true, correct, and complete to the best of my knowledge.

Petitioner certifies, pursuant to FRAP 27(d)(2), 32(c)(2), that this Motion to Expedite is in compliance with the word-count limit and is 406 words.

Petitioner certifies, pursuant to FRAP 32(a)(5),(a)(6), that this Petition is typed using 14-Point Times New Roman font and is Double-Spaced.

Petitioner also certifies that a copy has been sent to ALL PARTIES on 13th December 2023 via mail/hand delivery/E-mail as follows:

**Mary Carla Babb**
NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629
919-716-6573
Fax: 919-716-0001
E-Mail: mcbabb@ncdoj.gov

**Terrence Steed**
NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629
919-716-6567
Fax: 919-716-6761
E-Mail: tsteed@ncdoj.gov

Sign: Siddhanth

Siddhanth Sharma *Pro Se*

Date: 12-13-23